UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

**ELMER OSEGUERA MELGAR,**

*Petitioner*,

v.                                                                                   Case No. 5:25-CV-1158-JKP

**PAM BONDI, et al.,**

*Respondents*.

## ORDER OF DISMISSAL

Before the Court is a Notice of Voluntary Dismissal (ECF No. 7) that has been docketed as an Unopposed Motion to Dismiss. Pursuant to Fed. R. Civ. P. Rule 41(a)(1)(A)(i), Petitioner voluntarily dismisses this action without prejudice because he has accepted a voluntary departure which renders the relief sought in this case moot. The Court **GRANTS** the motion and **DISMISSES** this action without prejudice as moot. **The Clerk of Court shall close this case.**

IT IS SO ORDERED this 21st day of October 2025.

**JASON PULLIAM
UNITED STATES DISTRICT JUDGE**